ERIC GRANT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SANTOS ELIODO IRIAS LOBO AND DARIAL ANTONIO FLORENTINO MONCADA,<br>Defendants. | CASE NO. 1:26-CR-00068-KES-EPG<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

1. By previous Order, this matter was set for a first status conference for August 12, 2026, and for trial on October 20, 2026. Dkt. 13, 14.

2. By this stipulation, the parties now move to continue the status conference to December 9, 2026, and exclude time between August 12, 2026, and December 9, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) Defendants made their initial appearances on an arrest warrant issued on a complaint on April 13, 2026. Dkt. 2, 4.

b) An Indictment issued on April 13, 2026. Dkt. 12.

c) The government provided initial discovery to defendants on or about April 30, 2026 that included agency reports and body camera video, and voluminous supplemental

discovery in May and June that included, among other items, phone downloads.

d) The parties have engaged in preliminary discussions to assess whether they will resolve the case by plea agreement.

e) The government provided a plea agreement to each defendant on August 6, 2026.

f) Counsel for defendants desires additional time to consult with each of their respective clients, to conduct any warranted investigation and research, to review discovery for this matter, and to discuss potential resolutions with each of their clients.

g) Counsel for each defendant believes that failure to grant the above-requested continuance would deny her and him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

h) The government does not object to the continuance.

i) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

j) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 12, 2026 to December 9, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 10, 2026

ERIC GRANT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: August 10, 2026

/s/ Galatea DeLapp
GALATEA DeLAPP
Counsel for Defendant
Santos Eliodo Iras Lobo

Dated: August 10, 2026

/s/ Patrick Aguirre
PATRICK AGUIRRE
Counsel for Defendant
Dariel Antonio Florentino Moncada

**ORDER**

IT IS SO FOUND AND ORDERED that:

The status conference currently set for August 12, 2026, is continued to December 9, 2026. The status conference scheduled for August 12, 2026, is vacated.

The time period of August 12, 2026 to December 9, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **August 11, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE